IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JERMAINE HOWARD LYMON,<br>    Plaintiff, | Civil Action No. 7:12-cv-00366 |
| v. | **MEMORANDUM OPINION** |
| CONMED HEALTHCARE<br>MANAGEMENT, <u>et al.</u>,<br>    Defendant(s). | By:    Jackson L. Kiser<br><br>Senior United States District Judge |

Jermaine Howard Lymon, proceeding <u>pro se</u>, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered September 18, 2012, the court directed plaintiff to submit within ten (10) days from the date of the Order the full filing fee. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than thirteen (13) days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 5th day of October, 2012.

        /s/ Jackson L. Kiser
        Senior United States District Judge