IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JERMAINE HOWARD LYMON, | ) | |
| Plaintiff, | ) | Civil Action No. 7:12-cv-00366 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| CONMED HEALTHCARE | | |
| MANAGEMENT, <u>et al.</u>, | ) | By:   Jackson L. Kiser |
| Defendant(s). | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 5th day of October, 2012.

Senior United States District Judge