CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
OCT - 5 2012
JULIA C. DUDLEY, CLERK
BY: /s/ M. Yuup
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| JERMAINE HOWARD LYMON, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONMED HEALTHCARE ) <br> MANAGEMENT, et al., ) <br> Defendant(s). ) | Civil Action No. 7:12-cv-00366 <br><br> **DISMISSAL ORDER** <br><br> By: Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 5th day of October, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge